**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

| | | |
|---|---|---|
| In re: CHERYL BARMORE | § | Case No. 10-70013 |
| PAUL BARMORE | § | |
| | § | |
| Debtors | § | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/05/2010.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 04/02/2010.

6) Number of months from filing or conversion to last payment: NA.

7) Number of months case was pending: 4.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $34,271.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 0.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 0.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 0.00 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 0.00 |

Attorney fees paid and disclosed by debtor:     $ 750.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| LAW OFFICE OF HENRY REPAY | Lgl | 3,500.00 | NA | NA | 0.00 | 0.00 |
| COUNTRYWIDE HOME LOANS | Sec | 23,000.00 | 23,000.00 | 0.00 | 0.00 | 0.00 |
| TITLE CASH OF ILLINOIS | Sec | 1,500.00 | 1,500.00 | 1,500.00 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 185.96 | 3,125.00 | 3,125.00 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 7,000.00 | NA | NA | 0.00 | 0.00 |
| AJ GALLUZZO DPM | Uns | 134.80 | NA | NA | 0.00 | 0.00 |
| AMCORE BANK | Uns | 291.00 | NA | NA | 0.00 | 0.00 |
| AOL | Uns | 164.49 | NA | NA | 0.00 | 0.00 |
| APC PROGRAMS | Uns | 70.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 1,028.00 | 1,027.66 | 1,027.66 | 0.00 | 0.00 |
| ASSOCIATED BANK | Uns | 15,308.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE | Uns | 2,751.68 | 1,950.59 | 1,950.59 | 0.00 | 0.00 |
| AUTO CLUB GROUP | Uns | 132.10 | NA | NA | 0.00 | 0.00 |
| BELVIDERE FAMILY DENTAL | Uns | 1,251.00 | NA | NA | 0.00 | 0.00 |
| ATTORNEY JAMES RODRIGUEZ | Uns | 960.00 | 316.50 | 316.50 | 0.00 | 0.00 |
| BELVIDERE WATER & SEWER DEPT | Uns | 6.78 | NA | NA | 0.00 | 0.00 |
| BLACK EXPRESSIONS | Uns | 318.72 | NA | NA | 0.00 | 0.00 |
| BMG MUSIC SERVICE | Uns | 47.51 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CAMELOT RADIOLOGY | Uns | 85.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 648.16 | 925.96 | 925.96 | 0.00 | 0.00 |
| CINGULAR WIRELESS | Uns | 1,387.90 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPARTMENT | Uns | 660.00 | 1,169.40 | 1,169.40 | 0.00 | 0.00 |
| CITY OF ROCKFORD | Uns | 639.35 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 114.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Uns | 1,291.54 | NA | NA | 0.00 | 0.00 |
| DEBORAH BURNELL LCSW | Uns | 110.00 | NA | NA | 0.00 | 0.00 |
| ENTERPRISE | Uns | 510.74 | NA | NA | 0.00 | 0.00 |
| LHR INC | Uns | 1,785.00 | 1,811.28 | 1,811.28 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 1,494.59 | 431.58 | 431.58 | 0.00 | 0.00 |
| GAUTAM GUPTA MD | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| A & S COLLECTION ASSOCIATES | Uns | 1,006.00 | 264.50 | 264.50 | 0.00 | 0.00 |
| H&R BLOCK | Uns | 288.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, | Uns | 1,050.50 | 825.47 | 0.00 | 0.00 | 0.00 |
| HUNTINGTON LEARNING CENTER | Uns | 225.00 | NA | NA | 0.00 | 0.00 |
| INTEGRATED HOMECARE | Uns | 5.30 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 844.00 | 313.72 | 313.72 | 0.00 | 0.00 |
| JENNY CRAIG | Uns | 225.00 | NA | NA | 0.00 | 0.00 |
| KV PINESCHI DDS | Uns | 661.89 | NA | NA | 0.00 | 0.00 |
| KENNETH M LUTSCH DDS | Uns | 35.00 | NA | NA | 0.00 | 0.00 |
| LITERARY GUILD SELECT | Uns | 73.77 | NA | NA | 0.00 | 0.00 |
| M ASIM MUSTAFA MD FAAP | Uns | 132.00 | NA | NA | 0.00 | 0.00 |
| MEDCHOICE MEDICAL CENTER | Uns | 243.00 | 139.00 | 139.00 | 0.00 | 0.00 |
| MERRICK BANK | Uns | 472.00 | 401.28 | 401.28 | 0.00 | 0.00 |
| NATIONAL CITY BANK | Uns | 1,211.99 | NA | NA | 0.00 | 0.00 |
| NEW WORLD MEDIA | Uns | 177.91 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 2,939.12 | NA | NA | 0.00 | 0.00 |
| NORTHERN ILLINOIS SCANNING | Uns | 77.41 | NA | NA | 0.00 | 0.00 |
| ONE COMMUNICATIONS | Uns | 345.59 | NA | NA | 0.00 | 0.00 |
| OSF SPECIALTY CLINIC, GUILFORD | Uns | 79.00 | NA | NA | 0.00 | 0.00 |
| OSF ST ANTHONY MEDICAL | Uns | 213.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS IMMEDIATE CARE | Uns | 1,814.14 | NA | NA | 0.00 | 0.00 |
| PLAINS COMMERCE BANK | Uns | 462.26 | NA | NA | 0.00 | 0.00 |
| QWEST COMMERCIAL - LATIS | Uns | 797.38 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| RADIOLOGY CONSULTANTS OF | Uns | 414.50 | NA | NA | 0.00 | 0.00 |
| ROCK VALLEY PUBLISHING | Uns | 188.25 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ACADEMY OF TAE | Uns | 760.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD GASTROENTEROLOGY | Uns | 150.58 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 3,230.14 | 107.53 | 107.53 | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEM | Uns | 438.80 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ORTHOPEDIC | Uns | 106.94 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 672.29 | 672.29 | 672.29 | 0.00 | 0.00 |
| STATE STREET SQUARE | Uns | 635.57 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 2,244.00 | 1,784.81 | 1,784.81 | 0.00 | 0.00 |
| UNITED CONSUMER FINANCIAL | Uns | 1,197.04 | 1,197.04 | 0.00 | 0.00 | 0.00 |
| VERIZON | Uns | 245.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Uns | 340.00 | NA | NA | 0.00 | 0.00 |
| VITAMIN RESEARCH PRODUCTS | Uns | 54.32 | NA | NA | 0.00 | 0.00 |
| WEST ASSET MANAGEMENT | Uns | 993.53 | NA | NA | 0.00 | 0.00 |
| WOMENS CENTER OF NORTHERN | Uns | 148.95 | NA | NA | 0.00 | 0.00 |
| SHAWN CURTIS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| GOT KIDZ CHILD CARE | Uns | 0.00 | 1,006.00 | 1,006.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 0.00 | 535.59 | 535.59 | 0.00 | 0.00 |
| MID AMERICA BANK & TRUST | Uns | 0.00 | 462.26 | 462.26 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 0.00 | 570.59 | 570.59 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 0.00 | 493.18 | 493.18 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 0.00 | 435.20 | 435.20 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 0.00 | 1,124.69 | 1,124.69 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | | | |
|---|---|---|---|
| | Claim Allowed | Principal Paid | Interest Paid |
| **Secured Payments:** | | | |
|    Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
|    Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
|    Debt Secured by Vehicle | $ 1,500.00 | $ 0.00 | $ 0.00 |
|    All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 1,500.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
|    Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
|    Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
|    All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 19,068.61 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
|    Expenses of Administration | $ 0.00 |
|    Disbursements to Creditors | $ 0.00 |
| **TOTAL DISBURSEMENTS:** | $ 0.00 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  05/20/2010            By:  /s/ Lydia S. Meyer
                                      Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.